# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                  Criminal Case No. 16-cr-20753
                                                  Hon. Matthew F. Leitman

v.

JUAN FERNANDO ANDINO-DELACRUZ
*AKA FERNANDO ANDINO*,

    Defendant.

---

## ORDER FOR PRODUCTION OF INVESTIGATIVE REPORT

**IT IS HEREBY ORDERED**, that the Oakland County Sheriff's Department shall provide counsel for the Defendant, Barton Morris, a copy of the investigative report dated on, or about, January 18, 2006, the subject of which was an allegation of criminal sexual conduct concerning the defendant that was ordered suppressed by the state circuit court.

| | |
|---|---|
| */s/ Brandon M. Bolling* with permission | */s/ Barton W. Morris, Jr.* |
| **Brandon M. Bolling** | **Barton W. Morris, Jr. (P54701)** |
| Assistant United States Attorney | Counsel for Defendant |
| 211 W. Fort Street, Suite 2001 | 520 North Main Street |
| Detroit, MI  48226 | Royal Oak, MI  48067 |
| (313) 226-9666 | (248) 541-2600 |
| brandon.bolling@usdoj.gov | barton@michigancriminalattorney.com |
| | |
| January 5, 2017 | January 5, 2017 |

**IT IS SO ORDERED.**

                                                                    s/Matthew F. Leitman
                                                                     MATTHEW F. LEITMAN
                                                                     UNITED STATES DISTRICT JUDGE

Dated:  January 5, 2017